FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER IRENE HUBBARD,<br><br>    Plaintiff,<br><br>    v.<br><br>EUGENE DAVIS, JODY BARCUS, TAMMY DENNY, and JOHN DOE HIRST, and each of them; individually, jointly and severally; and in their individual capacities,<br><br>    Defendants. | No. 2:22-CV-00039-SAB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    Before the Court is the parties' Stipulated Motion of Dismissal with Prejudice, ECF No. 21. Plaintiff is representing herself in this matter. Defendants are represented by Patrick McMahon.

    The parties indicate they have settled this matter and ask that Plaintiff's Complaint be dismissed with prejudice and without costs or attorney fees to either party.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    The parties' Stipulated Motion of Dismissal with Prejudice, ECF No. 21, is **GRANTED**.

    2.    The above-captioned action is **dismissed** with prejudice and without costs or attorney fees to either party.

**ORDER DISMISSING ACTION WITH PREJUDICE ~ 1**

3. The Clerk of Court is directed to **close** this file.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff and counsel, and **close** the file.

**DATED** this 12th day of January 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION WITH PREJUDICE ~ 2**